IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge William J. Martínez**

Criminal Case No. 12-cr-00325-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JESSE N. EVANS,

      Defendant.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

IT IS STIPULATED AND ORDERED that upon recess of the evidentiary sentencing hearing, counsel for the parties shall retain custody of their respective original exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

IT IS FURTHER ORDERED that Government's Exhibit Nos. 2, 10, 14, 15, 16, 17, 18, 19, 20, and the recordings of the interviews, Exhibit Nos. A1, B1, C1, D1, E1, F1 and G1 shall be RESTRICT ACCESS LEVEL 1 - viewable by the case participants and the Court.

IT IS FURTHER ORDERED that Defendant's Exhibit Nos. A, B, C, D, E, F and G shall be RESTRICT ACCESS LEVEL 1 - viewable by the case participants and the Court.

DATED at Denver, Colorado this _19_ day of February 2014.

BY THE COURT:

_____
William J. Martínez / Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant